IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>                Plaintiff, <br><br>v. <br><br>**KENNETH NGUYEN AMEND**, <br>   [DOB: 06/24/1975] <br><br>                Defendant. | No. 20-04049-01-CR-C-BCW <br><br>18 U.S.C. § 922(g)(3) <br>NMT 10 Years Imprisonment <br>NMT $250,000 Fine <br>NMT 3 Years Supervised Release <br>Class C Felony <br><br>$100 Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

(User of a Controlled Substance in Possession of a Firearm)
18 U.S.C. § 922(g)(3)

On or about May 19, 2020, within Cole County, in the Western District of Missouri, the defendant, **KENNETH NGUYEN AMEND**, knowing he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802(6), knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, Model Patrol rifle, 5.56-mm, serial number 85415894, and ammunition; all in violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(2).

                                                    **A TRUE BILL.**

                                                    */S/ Eugene O'Loughlin*
                                                    **FOREPERSON OF THE GRAND JURY**

*/S/ Lawrence E. Miller*
**Lawrence E. Miller**
Assistant United States Attorney
Missouri Bar No. 35931

Dated:   07/15/2020